UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61262-CIV-ZLOCH

BRUCE W. NEUNZIG,

    Plaintiff,

vs.                        **FINAL ORDER OF DISMISSAL**

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 17) filed herein by United States Magistrate Judge Lurana S. Snow. No objections have been filed to said Report. The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Report And Recommendation (DE 17) filed herein by United States Magistrate Judge Lurana S. Snow, be and the same is hereby approved, ratified and adopted by the Court;

    2.    The Plaintiff's Motion For Summary Judgment (DE 13) be and the same is hereby **DENIED**;

    3.    The Defendant's Motion For Summary Judgment (DE 16) be and the same is hereby **GRANTED**;

4. The above-styled cause be and the same is hereby **DISMISSED**; and

5. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___8th___ day of December, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

Victor Mantel, Esq.
For Plaintiff

Steven Petri, Esq., AUSA
For Defendant